McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANNIE L. MELLO,<br><br>    Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 2:05-CV-01336-DAD<br><br>**STIPULATION AND ORDER OF REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g)** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that this case will be remanded for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). "The court may, on motion of the Commissioner of Social Security made for good cause shown before the Commissioner files [her] answer, remand the case to the Commissioner of Social Security for further action by the Commissioner...." See 42 U.S.C. 405(g); see also Melkonyan v. Sullivan, 501 U.S. 89, 101 n.2 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993).

The recording of the administrative hearing held on November 9, 2004 is blank and a complete record cannot be produced in this case. Therefore, the Commissioner will remand the claim to an Administrative Law Judge to hold a de novo hearing and issue a new decision. If appropriate, the Commissioner will reinstate the action in this Court when the record is complete, and Plaintiff should be afforded the opportunity to file an amended complaint at that time.

1

1  The parties further stipulate that counsel for Plaintiff will provide a facsimile of this
2  stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes
3  counsel for Defendant to file this document in .pdf format under the latter's Electronic Case Filing
4  password, pursuant to Local Rule 7-131

6  DATED: November 1, 2005      /s/ Bess M. Brewer
                                Bess M. Brewer
7
                                Attorney for Plaintiff
8

9  DATED: November 1, 2005     McGREGOR W. SCOTT
                                United States Attorney
10

11                          By:  /s/ Bobbie J. Montoya
                                BOBBIE J. MONTOYA
12                              Assistant U. S. Attorney

13                              Attorneys for Defendant

14
   OF COUNSEL:
15
   JANICE L. WALLI
16   Chief Counsel, Region IX

17 SHEA LITA BOND
    Assistant Regional Counsel
18
    Office of the General Counsel
19   United States Social Security Administration

20

_____oOo_____

**ORDER**

**For good cause shown, <u>MELLO v. BARNHART</u> (Case No. 2:05-CV-01336-DAD) is hereby REMANDED to the Commissioner of Social Security under sentence six of 42 U.S.C. § 405(g), pursuant to the stipulation of the parties.**

**SO ORDERED.**

**DATED: November 7, 2005.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

**Ddad1/orders.socsec/mello1336.stipord.remand**